

## MEMORANDUM OPINION

No. 04-08-00812-CV

Antioco **CANALES**,
Appellant

v.

Jesus Maria **ALVAREZ** and Victor Canales, Sr.,
Appellees

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-08-146
Honorable Alex William Gabert, Judge Presiding

PER CURIAM

Sitting:      Phylis J. Speedlin, Justice
              Rebecca Simmons, Justice
              Steven C. Hilbig, Justice

Delivered and Filed:   December 17, 2008

DISMISSED FOR LACK OF JURISDICTION

In his notice of appeal, appellant states that he seeks to appeal a "judgment denying Temporary Restraining Order." However, the clerk's record does not contain a signed order denying an application for a temporary restraining order. Thus, because it appeared this court does not have jurisdiction over this appeal, we ordered appellant to show cause in writing why this appeal should not be dismissed for lack of jurisdiction. No response to our show cause order has been filed.

Therefore, this appeal is dismissed for lack of jurisdiction.  Tᴇx. R. Aᴘᴘ. P. 42.3(a).


PER CURIAM